OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 17 2015

11/12/2015
WALTON, JIMMIE LEE    Tr. Ct. No. W07-49757-Y(H)          · WR-29,198-24
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

UTF

Discharged

JIMMIE LEE WALTON
MICHAEL UNIT - TDC # 1482003
P. O. BOX 4500
TENNESSEE COLONY, TX 75886

U T F